Tornello PIERCE, Plaintiff—Appellant,

v.

WELLS FARGO BANK, James Hanson (Vice President), Defendant— Appellee.

No. 07–1176.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 6, 2007.

Tornello Pierce, Appellant Pro Se. Thomas G. Hooper, Nelson, Mullins, Riley & Scarborough, L.L.P., Charlotte, North Carolina, Joseph Samuel Dowdy, Nelson, Mullins, Riley & Scarborough, L.L.P., Raleigh, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tornello Pierce appeals the district court's order accepting the recommendation of the magistrate judge and dismiss-

ing as frivolous his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pierce v. Wells Fargo Bank,* No. 1:06–cv–00755–WLO (M.D.N.C. Feb. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*